UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GARY W. WALTERS,

    Plaintiff,

v.

BRIAN WILLIAMS, SR. et al.,

    Defendants.

2:15-cv-02196-JAD-VCF

**ORDER**

### I. DISCUSSION

The Inmate Early Mediation Conference for this case is scheduled for September 2, 2016. (ECF No. 16). The stay is set to expire before that date. (*See* ECF No. 8). Defendants have filed a motion to extend the stay no later than fourteen (14) days after the conclusion of the early mediation conference. (ECF No. 28 at 2). The Court grants the motion to extend the stay through Friday, September 16, 2016. Defendants shall file their status report on or before Friday, September 16, 2016.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 28) is granted. Defendants shall file their status report on or before Friday, September 16, 2016.

DATED: This 2nd day of September, 2016.

_____
United States Magistrate Judge